IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARY DOUGHERTY, | § | |
| | § | No. 510, 2015 |
| Plaintiff-Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| BENJAMIN HIBBITS, | § | C.A. No. N14C-05-105 |
| | § | |
| Defendant-Below, | § | |
| Appellee. | § | |

Submitted: April 13, 2016
Decided: April 15, 2016

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 15th day of April, 2016, having considered this matter on the briefs filed by the parties, the Court has concluded that the final judgment of the Superior Court should be affirmed for the reasons stated in its September 3, 2015 Memorandum Opinion and Order.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice